DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. MAYS

No. 234P98

Case below: Wake County Superior Court

Motion by defendant for temporary stay denied 15 July 1998. Motion by defendant to substitute corrected transcript page and corrected page of petition for writ of certiorari allowed 15 July 1998. Petition by defendant for writ of supersedeas of the judgment of the Superior Court, Wake County, denied 29 July 1998. Petition by defendant for writ of certiorari to review the order of the Superior Court, Wake County, denied 29 July 1998. Motion by Attorney General to strike petitioner's affidavits in support of petition for writ of supersedeas and petition for writ dismissed as moot 29 July 1998.

STATE v. POWELL

No. 190A93-2

Case below: Cleveland County Superior Court

Defendant's petition for writ of certiorari and petition for writ of supersedeas are allowed 29 July 1998 for the limited purpose of remanding this case to the Superior Court, Cleveland County, for reconsideration of defendant's motion for appropriate relief in light of this Court's opinion in *State v. McHone*, 348 N.C. 254, —— S.E.2d —— (9 May 1998) (No. 148A91) and *State v. Bates*, 348 N.C. 29, —— S.E.2d —— (3 April 1998) (No. 145A01-3)

STATE v. SMITH

No. 180P98

Case below: 129 N.C.App. 267

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 29 July 1998.

STATE v. WARD

No. 291P98

Case below: 130 N.C.App. 153

Motion by Attorney General for temporary stay allowed 27 July 1998.